DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

In re:  
    JEFFREY JUSTIN TENNISON and  
    MICHELLE LYNNE EBDON-TENNISON  
    19359 COYLE SPRINGS RD  
    HIDDEN VALLEY LAKE, CA 95467  

    ###-##-1033  ###-##-4363  
                  Debtor(s).

Case No.: 10-1-1824AJ13  
Chapter 13

NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES

**341 MEETING OF CREDITORS:**
Date:      06/23/2010  
Time:     11:00 AM  
Place:     Office of the United States Trustee  
           777 Sonoma Ave., First Floor, #116  
           Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date:      7/19/2010  
Time:     1:30 PM  
Place:     United States Bankruptcy Court  
           99 South E Street  
           Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Debtors have been sent the Chapter Thirteen Business Questionnaire to complete. Debtor's response is requested as soon as possible.

2. Debtors' Schedule I fails to provide the employment status of Michelle Lynne Ebdon-Tennison. Trustee requests an amended Schedule I.

3. Debtors' Schedule D lists a secured claim held by American Honda Finance for a 2009 Honda Fit. Trustee requests clarification regarding whether the Debtors' Limited Liability Company owns 2009 Honda Fit.  The Debtors' Schedules do not list a vehicle payment.

4. Debtors' Schedule I, line 7, lists $500.00 for regular income from operation of business or profession while there are no business expenses listed in Schedule J.  Trustee requests the gross income from the operation of the Debtors' business be listed in Schedule I and the Debtors' business expense be itemized as an attachment to Schedule J.

5. Trustee request an explanation/clarification regarding the change in the Debtors' business name in June 2009.

6. Trustee requests Debtors; payment advices for the last six months **(November 2009 – April 2010)** prior to filing the bankruptcy, or in the alternative, provide a declaration that details why the Debtors cannot provide the six months of payment advices.

7. Trustee requests a *signed* copy of the Debtors' 2009 Federal Income Tax return.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case, Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated: June 11, 2010                DAVID BURCHARD
                                    DAVID BURCHARD, Chapter 13 Trustee


Certificate of Mailing


I, RYAN C. WOOD, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| JEFFREY JUSTIN TENNISON and MICHELLE LYNNE EBDON-TENNISON<br>19359 COYLE SPRINGS RD<br>HIDDEN VALLEY LAKE, CA 95467 | EVAN LIVINGSTONE<br>LAW OFFICES OF EVAN LIVINGSTONE<br>P O BOX 6107<br>SANTA ROSA, CA 95406-0000 |

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104


Dated:  June 11, 2010                RYAN C. WOOD
                                     RYAN C. WOOD

Case: 10-11824    Doc# 12    Filed: 06/11/10    Entered: 06/11/10 07:51:37    Page 2 of 2