1  Ryan F. Thomas (SBN 230491)
   Roy N. Johnston (SBN 185409)
2  JOHNSTON THOMAS, An Association of Attorneys
   1400 North Dutton Avenue, Suite 21
3  Santa Rosa, CA 954015
   Telephone: (707) 545-6542
4  Facsimile:  (707) 545-1522

5

   Attorneys for Plaintiff SAFE-BIDCO
6

7

8                 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                              **COUNTY OF SONOMA**

10

11  In re:                                    CASE NO.: 10-11824
                                               Chapter 13
12                                             R.S. No. N/A
    JEFFREY TENNISON, and MICHELLE
13  TENNISON,                                  Confirmation Hearing:
                                               Date:  July 19, 2010
14          Debtors.                           Time:  1:30 P.M.
                                               Place: US Bankruptcy Court
15                                                    99 South E. Street
                                                      Santa Rosa, CA 95404
16

17

18
           **OBJECTIONS TO PROPOSED CHAPTER 13 AMENDED PLAN**
19                    **AND CONFIRMATION THEROF**

20

21         Plaintiff SAFE-BIDCO ("Plaintiff"), Secured Creditor in the above-entitled bankruptcy

22  Proceeding, hereby submits the following Objections to Confirmation of that certain Chapter 13

23  Amended Plan proposed by Debtor:

24         This objecting Secured Creditor holds a Commercial Loan Agreement and related

25  Promissory Note secured by two written instruments titled "Guaranty" on the Debtors' property

26  generally described as 19359 Coyle Springs Road, Hidden Valley Lake, Lake County, California.

27  ///

28  ///

-1-

Case: 10-11824   Doc# 15   Filed: 07/12/10   Entered: 07/12/10 23:46:53   Page 1 of 2

As of July 2010, the unpaid principal balance on the Loan, inclusive of accrued interest and costs is in excess of $25,000, representing monthly payments and late charges from May 2009 through July 2010; and attorneys fees' incurred with respect to the default. The plan does not address the arrears so it cannot be confirmed.

Section 1325 of the Bankruptcy Code sets forth the requirements for confirmation of a Chapter 13 Plan. Among other things, the Court must make a finding that the plan is feasible as a condition to confirmation.

## CONCLUSION

Any Chapter 13 Plan proposed by Debtors must provide for Secured Creditor's claim and eliminate the Objections specified in the order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. It is respectfully requested that confirmation of the Debtor's proposed Chapter 13 Amended Plan be denied and the case be dismissed.

WHEREFOR, Secured Creditor prays as follows:

(1) That confirmation of the proposed Chapter 13 Amended Plan be denied.

(2) For Dismissal of the Chapter 13 proceeding.

(3) For such other relief as this Court deems proper.


Dated: July 12, 2010

JOHNSTON | THOMAS, An Association of Attorneys


By /s/ Ryan Thomas
    Ryan F. Thomas
    Attorney for Plaintiff SAFE-BIDCO

-2-
Case: 10-11824   Doc# 15   Filed: 07/12/10   Entered: 07/12/10 23:46:53   Page 2 of 2