Evan Livingstone, SBN 252008
Attorney at Law
740 4th St. Suite 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-11824 |
| Jeffrey Tennison and Michelle Tennison | Chapter 13 |
| | <u>Hearing</u>: |
| Debtor(s) | Date: October 18, 2010 |
| _____/ | Time: 1:30 PM |
| | Place: 99 S E St, Santa Rosa |

ORDER ON MOTION TO VALUE LIEN AT $0

AND AVOID LIEN UPON DISCHARGE

At the above date and time the court held a hearing on Debtor(s)' motion to value the junior lien of SAFE-BIDCO, ("Junior Lienholder") against the property commonly known as 19359 Coyle Springs Rd, Hidden Valley Lake, CA 95467, Lake County APN: 142-212-07 ("Real Property"), at $0, and to avoid that lien upon completion of debtors chapter 13 plan.

The Junior Lien which Debtor(s) seek to avoid is that which secures Junior Lienholder's loan number is 6U3037, opened about 2/09/2008, which had a principal balance of $31,634.11 at the time of Debtor's bankruptcy filing and is secured by a Deed of Trust recorded with the Lake County Recorder on 2/15/2008 as Instrument No. 2008002913 ("Junior Lien").

Evan Livingstone appeared for Debtor(s) at the hearing. Ryan Thomas appeared for the

Junior Lienholder and stated that Junior Lienholder did not oppose this motion. There having been no opposition to the motion, and good causing appearing,

IT IS HEREBY ORDERED

(1) For purposes of Debtor(s)' chapter 13 plan only, the Junior Lien of SAFE-BIDCO is valued at $0, Junior Lienholder does not have a secured claim, and the Junior Lien may not be enforced, pursuant to 11 U.S.C. §§506, 1322 (b)(2) and 1327.

(2) Upon entry of a discharge in Debtor(s)' chapter 13 case, Junior Lien shall be voided for all purposes, and upon application by Debtor(s), the court will enter an appropriate form of judgment voiding the Junior Lien.

(3) If Debtor(s)' chapter 13 case is dismissed or converted to one under another chapter before Debtor(s) obtain a discharge, this order shall cease to be effective and the Lien shall be retained by the Junior Lienholder to the extent recognized by applicable non-bankruptcy law.

Dated: November 12, 2010

Alan Jaroslovsky
United States Bankruptcy Judge