Form T13

| Case Number | United States Bankruptcy Court |
|---|---|
| 10–11824 AJ 13 | Northern District of California (Santa Rosa) |

## Order Discharging Trustee and Final Decree

| In re: | Jeffrey Justin Tennison and Michelle Lynne Ebdon–Tennison | SSN/Tax ID | Address of Debtor(s) |
|---|---|---|---|
| | fka Michelle Lynne Ebdon | xxx–xx–1033<br>xxx–xx–4363 | Jeffrey Justin Tennison<br>19359 Coyle Springs Rd<br>Hidden Valley Lake, CA 95467<br><br>Michelle Lynne Ebdon–Tennison<br>19359 Coyle Springs Rd.<br>Hidden Valley Lake, CA 95467 |

The plan of the debtor(s) having been fully performed, and the estate of the above–named debtor(s) having been fully administered, it is ordered as follows:

1. David Burchard, Chapter 13 Standing Trustee is discharged as trustee after having fully performed his duties; and his bond is canceled.

2. This chapter 13 case is closed.

| | By the Court: |
|---|---|
| 99 South "E" Street<br>Santa Rosa, CA 95404 | Alan Jaroslovsky |
| | United States Bankruptcy Judge     **Date:** 11/20/13 |